UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PATTI M. COX

versus

JAMES OTIS "JIM" McCRERY

CONSOLIDATED
CIVIL ACTION NO. 06-2191

JUDGE STAGG

MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law, the **Motion to Remand (Doc. 5)** filed in 06 CV 2198 is **denied,** and the **Motion to Dismiss** (filed as Doc. 6 in 06 CV 2191 and Doc. 7 in 06 CV 2198) is granted. The plaintiff's complaints filed in these consolidated civil actions are **dismissed without prejudice**. The House of Representatives is the only institution permitted by the Constitution to decide the qualifications challenge made by the plaintiff.

THUS DONE AND SIGNED at Shreveport, Louisiana, the 5th day of January, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE